UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERT LOUIS MASON,<br><br>   Plaintiff,<br><br>   v.<br><br>SAN BERNARDINO SHERIFF DEPARTMENT, et al.,<br><br>   Defendants. | Case No. 5:18-CV-02562-DOC (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Civil Rights Complaint by a person in custody (Dkt. 1) filed by Plaintiff Robert Louis Mason ("Plaintiff"), the Order to Show Cause ("OSC") by the assigned United States Magistrate Judge (Dkt. 4), Plaintiff's Response to the OSC (Dkt. 5), the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 7), and the further Response by Plaintiff to the OSC (Dkt. 8), which the Court liberally construes as an objection to the Magistrate Judge's Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.
2. Judgment shall be entered dismissing this case without prejudice.

Dated: March 6, 2019

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge