JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERT LOUIS MASON, | Case No. 5:18-CV-02562-DOC (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| SAN BERNARDINO SHERIFF DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: March 6, 2019

_David O. Carter_
DAVID O. CARTER
United States District Judge